**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**EARL R. MERCHANT**                                                          **PETITIONER**
**#136222**

**V.**                       **No. 5:07CV00013 SWW-BD**

**LARRY NORRIS, et al.**                                              **RESPONDENT**

**ORDER**

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Recommended Disposition, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.[1]

Accordingly, the Plaintiff's Petition for Writ of Habeas Corpus (#2) is DISMISSED with prejudice.

IT IS SO ORDERED, this 13th day of September, 2007.

                                            /s/Susan Webber Wright

                                            UNITED STATES DISTRICT JUDGE

---

[1] In objection to the recommended disposition, Petitioner states that he failed to raise an ineffective assistance of counsel claim in his original petition, and he asks the Court to apply the "Plain Error" doctrine. Docket entry #13, at 2. Petitioner alleges no facts in his petition or in his objections regarding ineffective assistance of counsel related to his guilty plea. Because Petitioner has raised only non-jurisdictional defects that are independent of his guilty plea, he presents no basis for habeas relief. *See Tollett v. Henderson,* 411 U.S. 258, 267 (1973).