# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**EARL R. MERCHANT**　　　　　　　　　　　　　　　　　　　　　　**PETITIONER**
**#136222**

**V.**　　　　　　　　　　No. 5:07CV00013 SWW-BD

**LARRY NORRIS, et al.**　　　　　　　　　　　　　　　　　　　　　**RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. §2254 petition for writ of habeas corpus with prejudice.

IT IS SO ORDERED this 13th day of September, 2007.

　　　　　　　　　　　　　　　　　　　　　　/s/Susan Webber Wright

　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE